UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Victor M. Kern, | Civil No. 15-3008 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Dept. of Justice, | |
| Defendant. | |

_____

Victor M. Kern, 12485 150th Street, Wadena, MN 56482, *pro se* plaintiff,

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED**:

1.  Defendant's action is **DISMISSED** for lack of subject matter jurisdiction; and

2.  Defendant's Motion to Transfer/Change Venue, Motion to Except [sic] Service by Certified Mail/ Motion to Incur Fees, [Docket No. 3], is **DISMISSED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 18, 2015            s/John R. Tunheim
at Minneapolis, Minnesota            JOHN R. TUNHEIM
                                     Chief Judge
                                     United States District Court